UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

**FILED**
DEC 0 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )
                            )
vs.                         )    Docket Number: CR 05 0495-01 MAG
                            )
WILLIAM V. WEINMAN          )
                            )

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 12th day of January, 2006, be continued until the 9th day of February, 2006 at 11:00 a.m.

Date: 11-30-05

_____
UNITED STATES MAGISTRATE JUDGE

kjg